**Order entered August 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00721-CR
No. 05-13-00722-CR

**CARL CARVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-57915-M, F10-57916-M**

## ORDER

On June 14, 2013, we ordered the trial court to appoint counsel to represent appellant in these appeals. We have received the trial court's order appointing Bruce Kaye as appellant's attorney of record. Accordingly, we **DIRECT** the Clerk to list Bruce Kaye, 2309 Boll Street, Dallas, Texas, as appellant's appointed attorney of record.

The clerk's and reporter's records have been filed. Therefore, appellant's brief is due within **THIRTY DAYS** of the date of this order.

/s/     DAVID EVANS
        JUSTICE